**Walter MOUNTAIN, Appellant,**

v.

**Michael KEMNA; Jean Ann Johnson; Todd Phillips; Steven Brown; Shawn Pettigrew; Wayne Hurley; Kimberly Little, Appellees.**

No. 05–2600.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 22, 2005.

Decided: Jan. 4, 2006.

Minnesota.

Walter Mountain, Charleston, MO, pro se.

Susanna Munroe Woodbury, Robert Ryan Harding, Joel E. Anderson, Attorney General's Office, Susan Kaye Glass, Jefferson City, MO, for Appellees.

Before MURPHY, MCMILLIAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Walter Mountain appeals the district court's [1] order denying his motion for a new trial following a jury verdict for defendants in this 42 U.S.C. § 1983 action. We grant Mountain's in forma pauperis motion, and, because our review of the record convinces us that the district court did not abuse its discretion in denying Mountain's motion for a new trial, *see Pullman v. Land O'Lakes, Inc.*, 262 F.3d 759, 762 (8th Cir.2001) (standard of review), we affirm. *See* 8th Cir. R. 47A(a).

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.